IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-2400

**JACK R. WATSON**,

    Plaintiff,

v.

**RANDY L. AMYS, individually; WALMART TRANSPORTATION LLC, a foreign limited liability company; and WALMART, INC., a foreign corporation.**

    Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

TO:    PLAINTIFF AND HIS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendants, Walmart Transportation LLC and Walmart, Inc. (collectively "Defendants"), by and through their counsel, Ashley R. Larson and Joseph E. Okon, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submit this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    On or about September 9, 2022, Plaintiff, Jack R. Watson ("Mr. Watson") filed his Complaint and Jury Demand in Denver County District Court, Colorado, Case No. 2022CV32605. The Complaint seeks recovery of damages as to Walmart based on allegations of negligence and negligence per se. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Mr. Watson is a citizen of the Williams Lake, British Columbia, Canada. *See* **Exhibit A** at ¶ 1. Defendant Randy L. Ames currently resides in Windsor, Colorado; thus, Randy Ames is a citizen of the state of Colorado. *See* **Exhibit A** at ¶ 2. Defendant Wal-Mart Transportation, LLC, a limited liability company, is an indirect, wholly-owned subsidiary of Walmart Inc. The sole member of Wal-Mart Transportation, LLC is Wal-Mart Stores East, L.P, a limited partnership of which WSE Management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc is incorporated under the laws of the state of Delaware and has its principal place of business in Arkansas. No member, partner, parent company, or publicly held corporation owning an internal interest in Wal-Mart Transportation, LLC has ever been a citizen of the State of Colorado. Therefore, for purposes of assessing diversity of citizenship, Wal-Mart Transportation, LLC is a citizen of Delaware and Arkansas, and it is not a citizen of Colorado. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 3. Defendant Walmart Inc. is a

citizen of the states of Arkansas and Delaware.  *See* Documents on File with Colorado Secretary of State, **Exhibit C;** *see also* **Exhibit A** at ¶ 4.

4. Upon information and belief, Defendant Randy L. Ames has not been served to date.  28 U.S.C. § 1441.

4. The amount in controversy exceeds $75,000. According to correspondence received from Plaintiff as of May 2022, Plaintiff will allege he incurred approximately $300,000 in past medical expenses and lost earnings due to the incident. *See also* **Exhibit C**, Plaintiff's District Court Civil Cover Sheet (showing he seeks more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b).  Defendants have thirty (30) days from the date they were served with Plaintiff's Complaint to file their Notice of Removal.  Defendants have not yet been served.  Thus, Defendants' Notice of Removal is due timely.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. A copy of all process, pleadings, and orders that were served by the parties are attached and captioned as follows:

**Exhibit A**     Complaint and Jury Demand;

**Exhibit D**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit F**   Delay Reduction Order

**Exhibit G**   Pretrial Order

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Denver.

9.  A copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Denver in Civil Action No. 2022CV32605.  *See* **Exhibit E.**  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel.

10.  The register of actions is attached as **Exhibit H**.

WHEREFORE, Defendants, Walmart Transportation LLC and Walmart, Inc., respectfully request that this case be removed from the District Court for the County of Denver, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendants be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 16th day of September 2022.

                                                /s/   Ashley R. Larson
                                                Ashley R. Larson
                                                Joseph E. Okon
                                                Sutton | Booker P.C.
                                                4949 S. Syracuse, Suite 500
                                                Denver, Colorado 80237
                                                Telephone:  303-730-6204
                                                Facsimile:   303-730-6208
                                                E-Mail:  alarson@suttonbooker.com

*Attorneys for Defendants, Walmart Transportation LLC and Walmart, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2022, I electronically filed a true and correct copy of the above and foregoing Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Donald G. Moore
Deisch, Marion & Klaus, PC
851 Clarkson Street
Denver, CO  80218
(303) 837-1122
Don_moore@deisch-marion.com

/s/   Charla Crutchfield
*A duly signed original is on file at*
*Sutton | Booker | P.C.*